## 37788. LEWALLEN *v.* ROGERS.

NICHOLS, Judge. 1. The defendant's residence on the date on which suit is filed and summons served determines the county wherein an action for damages may be instituted against him. *Weatherly* v. *Cotter*, 142 *Ga.* 457 (83 S. E. 104).

2. Under the uncontradicted testimony of the defendant in this case, at the time suit was instituted against him in the City Court of Habersham County, and service purportedly perfected, he was a resident of Fulton County, Georgia, and the Superior Court of Fulton County, as alleged in the plea to the jurisdiction, had jurisdiction of the person of the defendant and not the City Court of Habersham County. Neither the residence of the defendant at the time of the alleged tort, nor his residence at the time of the hearing of the plea would have any bearing on the question for decision. Accordingly, the trial judge did not err in sustaining the plea to the jurisdiction and in dismissing the petition.

*Judgment affirmed. Felton, C.J., and Quillian, J., concur.*

DECIDED SEPTEMBER 14, 1959—REHEARING DENIED SEPTEMBER 29, 1959.

*Herbert B. Kimzey, Kimzey & Kimzey,* for plaintiff in error.

*Emory F. Robinson, Wheeler, Robinson, Norton & Thompson,* contra.